

FILED
CLERK, U.S. DISTRICT COURT

NOV 29 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **NO. 2:15-CR-00691-DUTY** |
| **Plaintiff,** | |
| **v.** | **ORDER OF DETENTION AFTER** |
| | **HEARING** |
| **MICHAEL ANGEL SOSA,** | |
| **Defendant.** | **[Fed.R.Crim.P. 32.1(a)(6);** |
| | **18 U.S.C. 3143(a)]** |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\

\\

\\

A.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's submission on this issue, his failure to proffer any evidence to meet his burden on this issue, and the prior revocation of his supervised release; and

B.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on his submission on this issue, failure to proffer any evidence to meet his burden on this issue, criminal history, and history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: November 29, 2016

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE